**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 10-1208

———————

JOYCE SPAIN,

            Plaintiff - Appellant,

      v.

VIRGINIA COMMONWEALTH UNIVERSITY; VIRGINIA DEPARTMENT OF LABOR
AND INDUSTRY,

            Defendants – Appellees,

      and

VIRGINIA,

            Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:09-cv-00266-REP)

———————

Submitted:  April 29, 2010              Decided:  May 4, 2010

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joyce Spain, Appellant Pro Se.   Sydney Edmund Rab, Assistant
Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Spain appeals the district court's order denying her Motion to Extend the Time to File Appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Spain v. VCU, No. 3:09-cv-00266-REP (E.D. Va. Jan. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED